**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6706**

DAVID MEYERS,

Plaintiff - Appellant,

v.

J. D. BENTLEY; SGT. J. B. HALL; J. FANNIN; M. L. COUNTS; WALTER SWINEY; C. R. STANLEY; F. STANLEY; A. CLEVINGER; OFFICER STANLEY; JR. OFFICER WELLS; SGT. WILLIAMS; C. STALLARD; GERALDINE BAKER BAKER; OFFICER GWEN; MAJOR TATE; CAPTAIN D. STILL; CAPTAIN BLEVINS; OFFICER MCCOWAN; J.B. MESSER; S. ESCOFFERY; T. DORTON; FL. OFFICER LEWIS; SGT. MEADE; MARCUS ELAM; A. DAVID ROBINSON; PAUL HAYMES; HENRY PONTON; S. BRYAN; CURTIS PARR; P. SYKES; J. GIBSON; J. ARTRIP; DR. EDWARD BONKYE; KAREN STAPLETON; J. BLEDSOE; DR. FOX; C. DICKENSON; OFFICER CATERON; OFFICER BENTLEY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:18-cv-00051-JPJ-PMS)

Submitted: January 24, 2019                    Decided: February 7, 2019

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Meyers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers appeals the district court's order dismissing his civil rights complaint without prejudice and denying all pending motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Meyers v. Bentley*, No. 7:18-cv-00051-JPJ-PMS (W.D. Va. Apr. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
